UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62439-CIV-WILLIAMS

LESLIE CARRERO, et al.,

    Plaintiffs,

vs.

LVNV FUNDING, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs Leslie Carrero and Mary E. MacCubbin's Motion for Leave to File Second Amended Complaint (DE 82), Plaintiffs' Motion for Class Certification (DE 83), Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification (DE 84), and Defendant's Motion to Stay Briefing of Plaintiffs' Motion for Class Certification (DE 87). Upon review of the Motions and the record, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint (DE 82) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs may amend their First Amended Complaint to remove claims against Defendant Jorge L. Palma and remove Plaintiff Carrero's claim for violations of Fla. Stat. § 559.72. Plaintiffs may not make any further amendments to their First

Amended Complaint until Defendant's pending Motion to Dismiss (DE 49) is resolved.

2. Plaintiffs' Motion for Class Certification (DE 83) is **DENIED WITHOUT PREJUDICE** to refile at the appropriate time. Any such motion shall not be considered until Defendant's pending Motion to Dismiss is resolved.

3. Plaintiffs' Request for Oral Argument on Plaintiffs' Motion for Class Certification (DE 84) is **DENIED AS MOOT**.

4. Defendant's Motion to Stay Briefing of Plaintiffs' Motion for Class Certification (DE 87) is **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of January, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE