UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LESLIE CARRERO, an indvidual,
MARY E. MACCUBBIN, an indvidual
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

LVNV FUNDING, LLC,
A foreign limited liability company,

        Defendant.
_____/

CASE NO. 0:11-cv-62439

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was mediated through June 15, 2015, at which time it adjourned without resolution.

While the parties and their counsel are prepared to proceed toward a litigated resolution, I remain prepared to achieve a negotiated resolution at such time as they deem it to be mutually appropriate.

I appreciate the opportunity to serve the parties, their counsel and the Court.

Respectfully submitted,

*[signature]*

Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 17th day of June, 2015 to the following:

Scott Owens, Esquire
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
954-589-0588 / 954-337-0666
scott@scottdowens.com

Barbara Fernandez, Esquire
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard, Suite 400
Miami, FL 33156-2741
305-358-7747 / 305-577-1063
bfernandez@hinshawlaw.com

Keith Keogh, Esquire
Keogh Law, LTD
55 W. Monroe Street, Suite 3390
Chicago, IL 60603
312-726-1092 / 312-726-1093
keith@keoghlaw.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622